C. A. 1st Cir. Re­ported below: 621 F. 3d 30;
C. A. 1st Cir. Reported below: 621 F. 3d 17;
C. A. 8th Cir. Re­ported below: 627 F. 3d 312;
C. A. 2d Cir. Re­ported below: 627 F. 3d 499;
C. A. 8th Cir. Reported below: 417 Fed. Appx. 586; and
C. A. 8th Cir. Re­ported below: 419 Fed. Appx. 690. Motions of petitioners for leave to proceed in forma pauperis granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of Reynolds v. United States, ante, p. 432.